UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UTICA MUTUAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>LIFEQUOTES OF AMERICA, INC., and JERRY COOPER, INC., d/b/a COLOR ONE PHOTOLAB,<br><br>Defendants. | No. CV-06-228-EFS<br><br>**ORDER CLOSING FILE** |

On September 25, 2012, the parties filed a stipulated dismissal. ECF No. 571. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a)(1), **IT IS HEREBY ORDERED:**

1. All claims are **DISMISSED with prejudice.**

2. All pending motions are **DENIED as MOOT,** and hearing dates are **STRICKEN.**

3. This file shall be **CLOSED.**

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and furnish copies to counsel.

**DATED** this ___25th___ day of September 2012.

                                            s/Edward F. Shea
                                            EDWARD F. SHEA
                            Senior United States District Judge

Q:\EFS\Civil\2006\0228.settle.close.file.lc1.frm

ORDER CLOSING FILE - 1